# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 18-1072-DOC (KESx) | Date: June 27, 2018 |

Title: CHRISTIAN NOERGAARD V TAMMY NOERGAARD

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE**

On June 15, 2018, Defendant filed a Notice of Removal without a complaint. The case cannot proceed without an operative document.

Therefore, the Court hereby ORDERS the defendant to file a complaint on or before **July 5, 2018**. If the requested document is not filed, the case will be administratively closed.

The clerk shall serve this minute order on the parties.

| | : 00 |
|---|---|
| Initials of Clerk | djl |