JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Case No. 8:18-cv-01072-JLS-AFM

ORDER REMANDING CASE

CHRISTIAN THORSEN NOERGAARD,

Petitioner,

v.

TAMMY NOERGAARD,

Respondent.

Having reviewed and considered the stipulation of Petitioner Christian Noergaard ("Petitioner"), pro se, and Respondent Tammy Noergaard ("Respondent"), pro se, IT IS HEREBY ORDERED THAT:

1. Respondent's motion to remand the action back to state court (Dkt. 13), which is set to be heard on December 7, 2018, is withdrawn as moot.

2. The action is remanded to Orange County Superior Court, Case. No. 14FL000022 in its entirety and each party shall bear his, her, or its own attorney's fees, costs, and expenses.

Dated: November 02, 2018

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE